IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

A MOUNTAIN CONSTRUCTION, INC.,

Plaintiff,

v.                                                                                      No. 2:23-cv-106 MIS/KRS

CHP SOLUTIONS, LLC, and
GREAT MIDWEST INSURANCE COMPANY,

Defendants.

### ORDER GRANTING MOTION TO AMEND SCHEDULING ORDER

THIS MATTER is before the Court on the parties' Agreed Motion to Amend Scheduling Order, (Doc. 30), filed November 29, 2023. The parties ask the Court to extend their deadlines for discovery, discovery motions, and dispositive motions by two months, stating that additional time is necessary to complete discovery and depositions of the experts in this matter. Having considered the Motion and record of the case, the Court finds the Motion is well-taken and shall be GRANTED. Accordingly, the parties' deadlines are extended as follows:

(1) Termination of discovery: **February 15, 2024**;

(2) Motions relating to discovery: **March 4, 2024**;

(3) All other motions:[1] **March 15, 2024**.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

---

[1] This deadline applies to motions related to the admissibility of experts or expert testimony that may require a *Daubert* hearing, but otherwise does not apply to motions *in limine*. The Court will set a motions *in limine* deadline in a separate order.